UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------- X
NILSA FRANCO,

                Plaintiff,

    against

ADA DIAZ, JULIO DIAZ, and MAXIMINA VARGAS

                Defendants.
----------------------------------- X

Case No.: 14-cv-1909(ILG)(RER)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Complaint and All Counterclaims in this matter are withdrawn and the matter and all claims by the parties shall be, and the same hereby are, dismissed with prejudice, and without fees or costs to any party.

_____
Alice Davis
CATHOLIC MIGRATION SERVICES
47-01 Queens Blvd., Suite 203B
Sunnyside, NY 11104
(347) 472-3500
*Attorneys for Plaintiff*

_____
Rocco G. Avallone
AVALLONE & BELLISTRI, LLP
3000 Marcus Avenue, Suite 3E07
Lake Success, NY 11042
(516) 986-2500
*Attorneys for Defendants*

So Ordered: _____
                Hon. I. Leo Glasser